# United States Bankruptcy Court
## District of Arizona

In re  Carlos V. Passapera, Jr.                                         Case No. _____
                        Debtor(s)                                       Chapter    **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____ .

Debtor,  Carlos V. Passapera, Jr.  , declares the foregoing to be true and correct under penalty of perjury.

Date  **March 18, 2015**                    Signature  **/s/ Carlos V. Passapera, Jr.**
                                                       Carlos V. Passapera, Jr.
                                                       Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# U.S. CUSTOMS AND BORDER PROTECTION

85326 - 0000

FORM AD-334 USDA (REV. 10/97)

| SOCIAL SECURITY NO | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ▮ - 0530 | 02/08/2015  02/21/2015 | 03 | CU-04-0530-91-03 | 0010 | CU-35-07-0008 | 2885 | GS | 12 | 02 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 72,533.00 | PA | F/T | 12/06/2008 | 4,167.90 |

## STATEMENT OF EARNINGS AND LEAVE

### EARNINGS AND DEDUCTIONS

| CODE | DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72.00 | 328.00 | 2502.00 | 11362.64 |
| 04 | SUNDAY DIFFERENTIAL | 8.00 | 64.00 | 69.52 | 554.00 |
| 11 | NIGHT DIFFERENTIAL | | 4.00 | | 13.76 |
| 31 | HOLIDAY WORKED | 8.00 | 16.00 | 278.00 | 556.00 |
| 34 | FLSA | 27.50 | 80.50 | 431.20 | 1302.48 |
| 41 | STANDBY-AUO-AVAIL | 33.00 | 108.00 | 416.80 | 2078.60 |
| 61 | ANNUAL LEAVE | | 24.00 | | 825.84 |
| 62 | SICK LEAVE | | 8.00 | | 275.28 |
| 66 | OTHER LEAVE | 8.00 | 40.00 | 278.00 | 1381.84 |
| ** | ** **** PAY PERIOD HOURS & GROSS PAY **** | 121.00 | | 3975.52 | 18347.84 |
| 75 03 | RETIREMENT | | | 41.58 | 206.98 |
| 75 15 | TSP-FERS | | | 159.04 | 796.08 |
| 76 | SOCIAL SECURITY (OASDI) | | | 237.28 | 1092.25 |
| 77 | FEDERAL TAX EXEMPTS S00 | | | 735.56 | 3291.10 |
| 78 | ST TAX AZ EXEMPTS 036 | | | 132.02 | 605.55 |
| 81 | FEGLI COVERAGE $ $66,000 | | | 12.90 | 64.20 |
| 82 | OPT FEGLI-AGE BRACKET 4 | | | 37.65 | 187.45 |
| 83 | FEHBA - ENROLL CODE 112 | | | 148.46 | 730.88 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 78.00 |
| 87 | UNION/ASSOCIATION DUES 50 2644 | | | 28.42 | 142.10 |
| 88 40 | TSP LOAN REPAY (FED) | | | 85.62 | 428.10 |
| 97 | MEDICARE TAX WITHHELD | | | 55.49 | 255.44 |
| 99 27 | CHILD SUPPORT/ALIMONY | | | 835.80 | 4179.00 |
| 99 52 | TOP FED DELINQUENT DEBT | | | 367.86 | 367.86 |
| ** | ** ********* TOTAL DEDUCTIONS ********* | | | 2878.46 | 12424.99 |
| ** | ** ************** NET PAY ************** | | | 1097.06 | 5922.85 |
| ** | ** DD/EFT ROUTING NO. 122105278 | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 18 | | 257.50 | 159.50 | | 240.00 |
| SICK | 12 | | 112 | | | LEAVE CATEG |
| COMP | | | | | | 6 |

REMARKS

THE DIVERSE BACKGROUNDS OF CBP'S EMPLOYEES HELP MAKE CBP A STRONGER, MORE EFFECTIVE ORGANIZATION. MORE INFORMATION ABOUT CBP'S DIVERSITY PROGRAMS CAN BE FOUND AT WWW.CBP.GOV/EEO. MARCH IS NATIONAL WOMEN'S HISTORY MONTH AND IRISH AMERICAN HERITAGE MONTH.

Official Pay Date    03/05/2015

NAME AND ADDRESS

CARLOS V PASSAPERA
24887 WEST VISTA NORTE CT
BUCKEYE, AZ 85326-0000

# U.S. CUSTOMS AND BORDER PROTECTION

EPP Print

**STATEMENT OF EARNINGS AND LEAVE**

Form AD-334 USDA (REV. 10/97)

85326 - 0000

| Field | Value |
|---|---|
| Social Security No | ###-##-0530 |
| Pay Period Date | 01/25/2015 – 02/07/2015 |
| P/P | 02 |
| T&A Contact Point | CU-04-0530-91-03 |
| Acct. Stat. | 0010 |
| Organizational Structure | CU-35-07-0008 |
| Persnl Office | 2885 |
| Pay Plan | GS |
| GR | 12 |
| Step | 02 |
| Salary | 72,533.00 |
| Rate | PA |
| Type Empl. | F/T |
| SCD for Leave | 12/06/2008 |
| Ret. Deductions This Appointment | 4,126.34 |

## EARNINGS AND DEDUCTIONS

| Code | Description | Hours P/P | Hours YR To Date | Amount P/P | Amount YR To Date |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 80.00 | 256.00 | 2780.00 | 8860.64 |
| 04 | SUNDAY DIFFERENTIAL | 16.00 | 56.00 | 139.04 | 484.48 |
| 11 | NIGHT DIFFERENTIAL | | 4.00 | | 13.76 |
| 31 | HOLIDAY WORKED | | 8.00 | | 278.00 |
| 34 | FLSA | 22.75 | 53.00 | 350.58 | 871.28 |
| 41 | STANDBY-AUO-AVAIL | 28.25 | 75.00 | 416.80 | 1659.20 |
| 61 | ANNUAL LEAVE | | 24.00 | | 825.84 |
| 62 | SICK LEAVE | | 8.00 | | 275.28 |
| 66 | OTHER LEAVE | | 32.00 | | 1103.84 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 108.25 | | 3686.42 | 14372.32 |
| 75 03 | RETIREMENT | | | 41.56 | 165.42 |
| 75 15 | TSP-FERS | | | 159.84 | 636.24 |
| 76 | SOCIAL SECURITY (OASDI) | | | 219.35 | 854.97 |
| 77 | FEDERAL TAX EXEMPTS S00 | | | 660.64 | 2555.54 |
| 78 | ST TAX AZ EXEMPTS 038 | | | 121.61 | 473.53 |
| 81 | FEGLI-COVERAGE $ 58,000 | | | 12.90 | 51.30 |
| 82 | OPT FEGLI-AGE BRACKET 4 | | | 37.65 | 149.80 |
| 83 | FEHBA - ENROLL CODE 112 | | | 148.46 | 582.42 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 78.00 |
| 87 | UNION/ASSOCIATION DUES 50 2544 | | | 28.42 | 113.68 |
| 88 40 | TSP LOAN REPAY (FED) | | | 85.62 | 342.48 |
| 97 | MEDICARE TAX WITHHELD | | | 51.30 | 199.95 |
| 99 27 | CHILD SUPPORT/ALIMONY | | | 835.80 | 3343.20 |
| ** ** | ********* TOTAL DEDUCTIONS ********* | | | 2403.15 | 9546.53 |
| ** ** | ************ NET PAY ************ | | | 1283.27 | 4825.79 |
| ** ** | DD/EFT ROUTING NO. 122105278 | | | | |

## BOND ACCOUNT

| Auth No | Denomination | Deduction | Balance Avail | No. Issued | Issue Date |
|---|---|---|---|---|---|
| | | | | | |

## YEAR TO DATE LEAVE STATUS

| Type | Accrued | Used | Balance | Projected Use or Lose | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 12 | | 251.50 | 159.50 | | 240.00 |
| SICK | 8 | | 108 | | | LEAVE CATEG |
| COMP | | | | | | 6 |

REMARKS

CBP POLICY PROHIBITS THE USE OF RACE OR ETHNICITY AS A CRITERION IN CONDUCTING STOPS, SEARCHES, AND OTHER LAW ENFORCEMENT, INVESTIGATION OR INSPECTIONAL ACTIVITIES. FOR ADDITIONAL INFORMATION, VISIT THE PRIVACY AND DIVERSITY OFFICE INTERNET WEB SITE AT WWW.CBP.GOV/EEO.

Official Pay Date 02/19/2015

NAME AND ADDRESS

CARLOS V PASSAPERA
24887 WEST VISTA NORTE CT
BUCKEYE, AZ 85326-0000

EPP Print

# STATEMENT OF EARNINGS AND LEAVE

**U.S. CUSTOMS AND BORDER PROTECTION**  85326 - 0000

FORM AD-334 USDA (REV. 10/97)

| SOCIAL SECURITY NO | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| -0530 | 01/11/2015 01/24/2015 | 01 | CU-04-0530-91-03 | 0010 | CU-35-07-0008 | 2885 | GS | 12 | 02 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 72,533.00 | PA | F/T | 12/06/2008 | 4,084.78 |

## EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 11 | NIGHT DIFFERENTIAL | | 4.00 | | 13.76 |
| 31 | HOLIDAY WORKED | 8.00 | 8.00 | 278.00 | 278.00 |
| 61 | ANNUAL LEAVE | | 24.00 | | 825.84 |
| 62 | SICK LEAVE | | 8.00 | | 275.28 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 115.00 | | 3976.98 | 10685.90 |
| 76 | SOCIAL SECURITY (OASDI) | | | 237.37 | 635.62 |
| 77 | FEDERAL TAX EXEMPTS S00 | | | 735.97 | 1894.90 |
| 82 | OPT FEGLI-AGE BRACKET 4 | | | 37.65 | 112.15 |
| 83 | FEHBA - ENROLL CODE 112 | | | 148.46 | 433.96 |
| 88 40 | TSP LOAN REPAY (FED) | | | 85.62 | 256.86 |
| 97 | MEDICARE TAX WITHHELD | | | 55.51 | 148.65 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 2511.17 | 7143.38 |

### BOND ACCOUNT

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 6 | | 245.50 | 159.50 | | 240.00 |
| SICK | 4 | | 104 | | | LEAVE CATEG |
| COMP | | | | | | 6 |

REMARKS

SAL CHNG-$ 71813.00PA TO$ 72533.00

NAME AND ADDRESS

Official Pay Date    02/05/2015

CARLOS V PASSAPERA
24887 WEST VISTA NORTE CT
BUCKEYE, AZ 85326-0000

# U.S. CUSTOMS AND BORDER PROTECTION

## STATEMENT OF EARNINGS AND LEAVE

FORM AD-334 USDA (REV. 10/97)

EPP Print

| Field | Value |
|---|---|
| Social Security No | -0530 |
| Pay Period Date | 12/28/2014 – 01/10/2015 |
| P/P | 26 |
| T&A Contact Point | CU-04-0530-91-03 |
| Acct. Stat. | 0010 |
| Organizational Structure | CU-35-07-0008 |
| Persnl Office | 2885 |
| Pay Plan | GS |
| GR | 12 |
| Step | 02 |
| Salary | 71,813.00 |
| Rate | PA |
| Type Empl. | F/T |
| SCD for Leave | 12/06/2008 |
| Ret. Deductions This Appointment | 4,043.22 |
| Number | 85326 - 0000 |

### EARNINGS AND DEDUCTIONS

| Code | | Description | Hours P/P | Hours YR. TO DATE | Amount P/P | Amount YR. TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 48.00 | 104.00 | 1651.68 | 3578.64 |
| 04 | | SUNDAY DIFFERENTIAL | 8.00 | 24.00 | 68.80 | 206.40 |
| 11 | | NIGHT DIFFERENTIAL | 4.00 | 4.00 | 13.76 | 13.76 |
| 34 | | FLSA | 6.25 | 8.75 | 110.63 | 157.56 |
| 41 | | STANDBY-AUD-AVAIL | 11.75 | 19.75 | 412.80 | 825.60 |
| 61 | | ANNUAL LEAVE | 24.00 | 24.00 | 825.84 | 825.84 |
| 62 | | SICK LEAVE | | 8.00 | | 275.28 |
| 66 | | OTHER LEAVE | 8.00 | 24.00 | 275.28 | 825.84 |
| ** | ** | *** PAY PERIOD HOURS & GROSS PAY *** | 91.75 | | 3358.79 | 6708.92 |
| 75 | 03 | RETIREMENT | | | 41.15 | 82.30 |
| 75 | 15 | TSP-FERS | | | 158.28 | 316.56 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 199.39 | 398.25 |
| 77 | | FEDERAL TAX EXEMPTS S00 | | | 580.55 | 1158.93 |
| 78 | | ST TAX AZ EXEMPTS 036 | | | 110.08 | 219.85 |
| 81 | | FEGLI- COVERAGE $ $85,000 | | | 12.75 | 25.50 |
| 82 | | OPT FEGLI-AGE BRACKET 4 | | | 37.25 | 74.50 |
| 83 | | FEHBA - ENROLL CODE 112 | | | 142.75 | 285.50 |
| 85 | | CHARITABLE CONTRIBUTNS | | | 39.00 | 78.00 |
| 87 | | UNION/ASSOCIATION DUES 50 2544 | | | 28.42 | 56.84 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 85.62 | 171.24 |
| 97 | | MEDICARE TAX WITHHELD | | | 46.63 | 93.14 |
| 99 | 27 | CHILD SUPPORT/ALIMONY | | | 835.80 | 1671.60 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 2317.67 | 4632.21 |
| ** | ** | ************** NET PAY ************** | | | 1041.12 | 2076.71 |
| ** | ** | DD/EFT ROUTING NO. 122105278 | | | | |

### YEAR TO DATE LEAVE STATUS

| Type | Accrued | Used | Balance | Projected Use or Lose | PT HRS UNAPP | MAX C/O |
|---|---|---|---|---|---|---|
| ANN | 160 | 138.50 | 239.50 | | | 240.00 |
| SICK | 104 | 40.00 | 100 | | | LEAVE CATEG 6 |
| COMP | | | | | | |

REMARKS

IF YOU BELIEVE YOU HAVE BEEN DISCRIMINATED AGAINST, YOU HAVE 45 CALENDAR DAYS TO REQUEST EEO COUNSELING BY SUBMITTING A REQUEST FOR INFORMAL EEO COUNSELING AT WWW.CBP.GOV/EEO, OR CALLING 1-877-MY-EEO-HELP OR THE SERVICING DCR OFFICER.

Official Pay Date    01/22/2015

CARLOS V PASSAPERA
24887 WEST VISTA NORTE CT
BUCKEYE, AZ 85326-0000