# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Case |
| CARLOS V. PASSAPERA, | Case No. 2:15-bk-02947-BKM |
| Debtor. | **ORDER FOR EXPEDITED HEARING ON MOTION TO COMPEL TURNOVER OF VEHICLE** |

This matter having come before the Court on the Debtor's Motion for Expedited Hearing and good cause appearing,

**IT IS ORDERED** that the Court shall conduct an expedited hearing on the *Motion to Compel Turnover of Vehicle* on the _____ day of _____, 2015 at _____ before the Honorable Brenda K. Martin at the United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, Courtroom 701, Seventh floor. At that time and date, the Court will consider the Motion and any objections timely filed and served in opposition thereto.

Any objections to the Debtor's Motion must be filed and served not later than 3 calendar days prior to the hearing and the objecting party, or counsel for the objecting party,

must appear at the hearing. If no objections are timely filed and served, the Court may grant the relief requested by the Debtor.

**IT IS FURTHER ORDERED** that the Debtor shall give immediate notice of this hearing to all creditors and parties in interest and file a certificate of service.

**SIGNED AND DATED ABOVE**