# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| CARLOS V. PASSAPERA, JR. | Case No. 2:15-bk-02947-BKM |
| Debtor. | **ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |

This matter having come before this Court on the *Motion to Substitute Counsel* and good cause appearing:

**IT IS ORDERED** that the Perez Law Group, PLLC is substituted as counsel for the Debtor in the place and stead or Bellah Perez, PLLC.

**IT IS FUTHER ORDERED** that all future notices, pleadings and correspondence shall be mailed to:

**Cristina Perez Hesano**
**Perez Law Group, PLLC**
**7508 North 59th Avenue**
**Glendale, AZ 85301**
**cperez@perezlawgroup.com**
**Telephone: (602) 730-7100**
**Fax: (602) 794-6956**

---

**SIGNED AND DATED ABOVE**

---