/s/ Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona  85012-1965
602.277.8996
Fax 602-253-8346
mail@ch13bk.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re | Chapter 13 |
| CARLOS V. PASSAPERA, JR., | Case No. 2-15-bk-02947 BKM |
| | **TRUSTEE'S NOTICE OF COMPLETED PLAN** |
| Debtor. | |

Russell Brown, Chapter 13 Trustee, states that the Debtor has completed the financial and other requirements of the Plan. Debtor has complied with § 521(a)(3) by providing the Trustee with the domestic support obligation information required to enable him to perform his statutory duty under § 1302(d)(1)(C). If the Debtor has nondischargeable debts, such as student loan debt or certain tax debts, then the Debtor should consider making payment arrangements with any creditor on such debts.

A copy was mailed or emailed to:

Carlos V. Passapera, Jr.
24887 West Vista Norte Court
Buckeye, AZ   85326
Debtor

Perez Law Group, Pllc
cperez@perezlawgroup.com
Attorney for Debtor

*Vangie Barnard*   2020.07.21 08:58:31 -07'00'

V Barnard